UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK SAMUELS and VIVIAN
SAMUELS,

    Plaintiffs,

v.                                    Case No. 3:23-cv-345-BJD-LLL

THE TORO COMPANY, a foreign
corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Doc. 15; Notice) filed by Plaintiffs on June 6, 2023. In the Notice, Plaintiffs voluntarily dismiss the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED without prejudice.**

    2.    The Clerk of the Court is directed to close the file.

DONE and ORDERED in Jacksonville, Florida this 14th day of June, 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record